# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF  NEVADA

CARLOS NOGUERA,

       Petitioner,       JUDGMENT IN A CIVIL CASE

  v.

                    CASE NUMBER: **3:11-cv-00428-LRH-WGC**

GREG SMITH, et al.,

       Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (ECF No. 6) is DENIED.

**IT IS FURTHER ORDERED** that a certificate of appealability is GRANTED as to the following two issues:

> Whether petitioner is entitled to habeas relief due to the state trial court's failure to adequately instruct the jury on the defense theory of the case.
>
> Whether petitioner is entitled to habeas relief because evidence presented at his state trial was insufficient to prove lack of consent beyond a reasonable doubt.

Except for these two issues, a certificate of appealability is DENIED.

May 18, 2017                                          **DEBRA K. KEMPI**
                                                                     Clerk

                                                                       /s/ K. Rusin
                                                                       Deputy Clerk